# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

155405 & (54)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* J. J. GUIDO-SEGER, Minor.

SC: 155405
COA: 333529
Livingston CC Family Division:
2015-014958-NA

_____/

      On order of the Court, the motion to expedite the appeal is GRANTED. By order of August 22, 2018, the application for leave to appeal the February 7, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Ferranti, Minor* (Docket Nos. 157907-8). The case having been decided on June 12, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2019



Clerk

s0730